UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street, Suite 400 South
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>REVEREND JEROME STRONG</u>

        Plaintiff(s),
        (Petitioner)

-V-

<u>MORGAN STANLEY DEAN WITTER</u>

        Defendant(s),
        (Respondent)

Civil No. <u>CV 08-05209 SBA</u>

ORDER RE APPEAL IN
FORMA PAUPERIS

    Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby    GRANTED

    IT IS SO ORDERED.

DATED: 6/1/10

                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

REVEREND JEROME STRONG,

        Plaintiff,

  v.

MORGAN STANLEY DEAN WITTER et al,

        Defendant.
                                        /

Case Number: CV08-05209 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Strong
P.O. Box 21013
Piedmont, CA 94620

Dated: June 2, 2010

                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk